**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMIE LEE HARRIS, | ) NO. CV 15-3104-ODW(E) |
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL |
| K. HARRIS, | ) |
| Defendant. | ) |

**BACKGROUND**

Plaintiff, a state prisoner incarcerated at the California State Prison, Lancaster, filed this civil rights action pursuant to 42 U.S.C. section 1983 on April 27, 2015 against a prison official at the California State Prison, Lancaster. On April 30, 2015, and May 20, 2015, the Court issued Orders denying Plaintiff's application to proceed without prepayment of the filing fee (i.e., in forma pauperis) on the ground that Plaintiff had failed to provide the requisite certified copy of his trust account statement for the past six months, but granted Plaintiff leave to resubmit the application within thirty

(30) days. On June 3, 2015, Plaintiff submitted a renewed application to proceed without prepayment of the filing fee, which the Court granted on that date.

Under the Prison Litigation Reform Act (PLRA), Pub L. No. 104-134, 110 Stat. 1321 (1996), a prisoner may not bring a civil action *in forma pauperis* if, on three (3) or more previous occasions, the prisoner has brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous or malicious or failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g) (2001); see *O'Neal v. Price*, 531 F.3d 1146, 1153-54 (9th Cir. 2008).

On September 9, 2015, Defendant filed a "Motion for Order Revoking Plaintiff's *In Forma Pauperis* Status and Dismissing Action" ("Motion"), pursuant to 28 U.S.C. section 1915(g). On September 25, 2015, Plaintiff filed a "Motion for Order for the Three Strikes Provision P.L.R.A. In Forma Pauperis, etc.," constituting as Plaintiff's opposition to the Motion. On October 2, 2015, Defendant filed a Reply. On October 13, 2015, Plaintiff filed "Plaintiff['s] Response Reply to Opposition, etc.," constituting Plaintiff's additional opposition to the Motion.

On October 19, 2015, the Court issued an "Order Revoking Plaintiff's In Forma Pauperis Status," revoking Plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. section 1915(g), based on Plaintiff's three prior dismissals qualifying as "strikes" under

section 1915(g). The Court ordered Plaintiff to pay the full filing fee within twenty (20) days from the date of the Order if Plaintiff wished to pursue the action. The Court also advised Plaintiff that failure timely to pay the full filing fee could result in the dismissal of the action. Nevertheless, Plaintiff failed to pay the full filing fee within the allotted time.

**ORDER**

For the foregoing reasons, the action is dismissed without prejudice for failure to pay the full filing fee in conformity with the Court's October 19, 2015 Order. <u>See</u> 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

DATED: November 24, 2015.

_____
                    OTIS D. WRIGHT, II
               UNITED STATES DISTRICT JUDGE

Presented this 23rd
day of November, 2015 by:

          /S/
_____
        CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE